| | |
|---|---|
| 1 | LELAND LAW |
| 2 | 7200 Greenleaf Avenue, Suite 170A |
|   | Whittier, CA 90602 |
| 3 | Telephone: (562) 904-6955 |
| 4 | Facsimile: (562) 632-1301 |
|   | MOSELLE C. LELAND (State Bar No: 268272) |
| 5 | E-mail: tracey@disabilitylawfirm.com |
| 6 |          Attorneys for Plaintiff |
|   | TRACY L. WILKISON |
| 7 | United States Attorney |
| 8 | DAVID M. HARRIS |
|   | Assistant United States Attorney |
| 9 | Chief, Civil Division |
| 10 | CEDINA M. KIM |
|    | Assistant United States Attorney |
| 11 | Senior Trial Attorney, Civil Division |
| 12 | ARMAND ROTH, CSBN 214624 |
| 13 | Special Assistant United States Attorney |
|    |          Social Security Administration |
| 14 |          160 Spear Street, Suite 800 |
| 15 |          San Francisco, CA  94105 |
|    |          Telephone:  (415) 970-4852 |
| 16 |          Facsimile:   (415) 744-0134 |
| 17 |          Email:  Armand.Roth@ssa.gov |
|    |          Attorneys for Defendant |
| 18 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DVISION

| | | |
|---|---|---|
| THERESA CHAVEZ, | ) | Case No. CV-20-11607-AS |
|      Plaintiff, | ) | |
|  | ) | **[PROPOSED] ORDER AWARDING** |
|      v. | ) | **EQUAL ACCESS TO JUSTICE** |
| KILOLO KIJAKAZI, Acting | ) | **ACT ATTORNEY FEES** |
| Commissioner of Social Security, | ) | **PURSUANT TO 28 U.S.C. § 2412(d)** |
|  | ) | |
|      Defendant. | ) | |

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of TEN
3  THOUSAND DOLLARS [$10,000.00], as authorized by 28 U.S.C. § 2412(d), be
4  awarded subject to the terms of the Stipulation

Dated:  June 2, 2022                    / s / Sagar
                                                  HON.  ALKA SAGAR
                                                  UNITED STATES MAGISTRATE JUDGE